# Exhibit 6

**Infringement Claim Chart for U.S. Pat. No. US10237420B1 v. Corner Bakery Cafe ("Defendant")**

| Claim20 | Evidence |
|---|---|
| 20. A method of processing requests, comprising: | The Corner Bakery Cafe customer service platform performs a method of processing requests.<br><br>For example, the customer service platform performs a method of connecting requests for assistance, made by callers, to agents that provide the assistance.<br><br>Source: https://www.cornerbakerycafe.com/feedback |

1

> You have the right to submit a verifiable request to us using the following methods:
>
> - **On-Line Privacy Portal.** You may submit a request to know, opt-out, or delete by visiting our on-line Privacy Portal at https://privacy.cornerbakerycafe.com.
> - **Toll-Free Telephone Call.** You may submit requests by calling our toll-free Guest Relations Hotline at 1-800-309-4642. A member of our team will process your request and guide you through the verification process.
> - **In-cafe Form.** You may complete and submit a Request Form at any of our Corner Bakery Cafe locations in California.

Source: https://www.cornerbakerycafe.com/privacy-policy-ca#:~:text=You%20may%20submit%20a%20request,%2D800%2D309%2D4642

> **11. CONTACT US FOR MORE INFORMATION**
>
> California consumers who have questions or concerns about our privacy policies and practices may contact a trained customer service representative through one of the following methods:
>
> - **Toll-free call:** 1-800-309-4642
> - **"Contact Us" Page On Our Website:** https://cornerbakerycafe.com/feedback
>
> When contacting our customer service, please include in the communication or have available the information listed under the "Verification Process" section above. If using an authorized agent, please include in the communication or have available proof of authorization.

Source: https://www.cornerbakerycafe.com/privacy-policy-ca#contact-us-for-more-information

2



Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true



Source: https://cornerbakerycafe.com/media-press

3

| | |
|---|---|
| |   Source: https://www.cornerbakerycafe.com/website-accessibility |
| estimating at least one content-specific or requestor-specific characteristic associated with each received request; | The Corner Bakery Cafe customer service platform estimates a content-specific or a requestor-specific characteristic associated with each received request.  For example, the customer service platform uses information provided by the caller, such as through interactive voice responses and email to determine the nature of the call.  Source: https://cornerbakery.myguestaccount.com/en-us/guest/accountlogin |

4

| | |
|---|---|
| | You have the right to submit a verifiable request to us using the following methods:<br><br>- **On-Line Privacy Portal.** You may submit a request to know, opt-out, or delete by visiting our on-line Privacy Portal at https://privacy.cornerbakerycafe.com.<br>- **Toll-Free Telephone Call.** You may submit requests by calling our toll-free Guest Relations Hotline at 1-800-309-4642. A member of our team will process your request and guide you through the verification process.<br>- **In-cafe Form.** You may complete and submit a Request Form at any of our Corner Bakery Cafe locations in California.<br><br>Source: https://www.cornerbakerycafe.com/privacy-policy-ca#:~:text=You%20may%20submit%20a%20request,%2D800%2D309%2D4642<br><br>**Phone Number**: (303) 794-3900<br><br>**Address**: 2253 E Briarwood Ave, Ste B5-509, Centennial, CO 80122<br><br>Source: https://cornerbakerycafe.com/media-press |
| determining availability of a plurality of alternate target resources, each respective target resource having at least one | The Corner Bakery Cafe customer service platform determines the availability of multiple alternate target resources, each of which has a target characteristic.<br><br>For example, the customer service platform determines agents that are available to handle the call based, at least in part, on the current availability and skill set of each agent (e.g. language/ Department). |

5

| respective target characteristic; | |
|---|---|
| | **CONTACT US**<br>Need help with something? We're just around the corner. Send your questions our way.<br><br>First Name / Phone Number / Zip Code<br>Last Name / Address / City<br>Email Address / State / Message<br><br>☐ If you would like a response from our Guest Relations team, please make sure this box is checked<br>☐ Is this inquiry regarding missing loyalty points/rewards?<br>☐ Is this feedback regarding a recent visit to a location?<br><br>Source: https://www.cornerbakerycafe.com/feedback<br><br>For media and press inquiries, please email us at<br>**Press@CornerBakeryCafe.com**<br>or call us at<br>**972-619-4155**<br><br>Source: https://cornerbakerycafe.com/media-press |

6

| | |
|---|---|
| | **CONTACT CORNER BAKERY CAFE WITH YOUR ACCESSIBILITY QUESTIONS**<br>Please be aware that our efforts are ongoing. If you have specific questions or concerns about the accessibility of www.cornerbakerycafe.com, please contact us at guest.relations@cornerbakerycafe.com.<br><br>Source: https://www.cornerbakerycafe.com/website-accessibility |
| evaluating, with at least one automated processor, a plurality of alternate allocations of the respective received request with different available targets, according to a ranking dependent on a probabilistic predictive multivariate evaluator, based on the at least one content-specific or requestor-specific characteristic, and the respective target characteristics of the plurality of alternate target reso | The Corner Bakery Cafe customer service platform evaluates, with an automated processor, multiple alternate allocations of the received request with different available targets. The evaluation is done according to a ranking that is dependent on a probabilistic predictive multivariate evaluator. The evaluator is based on the content-specific or requestor-specific characteristic, and the respective target characteristic of the multiple alternate target resources.<br><br>For example, the customer service platform uses the nature of the call and the availability and skill set of the agents to determine which possible allocation of the call to a given agent will have the best likelihood of a positive outcome for the caller.<br><br>**11. CONTACT US FOR MORE INFORMATION**<br>California consumers who have questions or concerns about our privacy policies and practices may contact a trained customer service representative through one of the following methods:<br>• Toll-free call: 1-800-309-4642<br>• "Contact Us" Page On Our Website: https://cornerbakerycafe.com/feedback<br><br>When contacting our customer service, please include in the communication or have available the information listed under the "Verification Process" section above. If using an authorized agent, please include in the communication or have available proof of authorization.<br><br>Source: https://www.cornerbakerycafe.com/privacy-policy-ca#contact-us-for-more- |

7

| | |
|---|---|
| urces; and | information |

> Facilitate communications between you and the Merchant, including via email, text, SMS, social media platform messages, telephone, or any other medium for which you have provided contact information to the Merchant. Such communications may include feedback, technical and customer support, marketing communications, and information and updates about your experience and information sharing with your social networks.

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

## Tailor messaging to boost retention

Ensure that each guest segment becomes more valuable to your brand over time with 1:1 campaigns that influence their behavior in a positive way.

| | |
|---|---|
| | Source: https://www.olo.com/marketing |
| generating a control signal, by the at least one automated processor, selectively dependent on the evaluating, to control the allocations of the respective received request with the different available targets. | The automated processor of the Corner Bakery Cafe customer service platform generates a control signal to control the allocation of the received request with the different available targets. Generation of the control signal is selectively dependent on the evaluation result.<br><br>For example, the customer service platform generates a control signal to connect the call with the agent who is most likely to result in a positive outcome for the caller in view of other factors such as overall throughput of the customer service platform and the priority and requirements of other concurrent calls.<br><br>**HOW WE USE THE INFORMATION**<br>CBC, our franchisees, or our service providers and/or other vendors may use your information in a variety of ways, including, but not limited to:<br>• To process your purchases of or requests for products or services, including catering and delivery orders and requests.<br>• To communicate with you about your use of the Sites, orders, purchases, returns, services, accounts, programs, contests, and sweepstakes.<br>• To respond to your inquiries and for other customer service purposes.<br><br>Source: https://www.cornerbakerycafe.com/privacy-policy<br><br>**Tailor messaging to boost retention**<br><br>Ensure that each guest segment becomes more valuable to your brand over time with 1:1 campaigns that influence their behavior in a positive way. |

9

Source: https://www.olo.com/marketing

**To operate our Services:**

- Provide, operate, maintain, secure and improve our Services. For example we may:
    - Enable you to create an account or otherwise use our Services.
    - Facilitate orders and payment transactions initiated by you, and have those orders delivered to you.
    - Personalize your experience with our merchant customers and their communications with you (including for marketing purposes).
    - Consolidate and combine information we collect via your interaction with our Services in connection with providing you with personalized experiences.
    - Facilitate communications between you and the Merchant, including via email, text, SMS, social media platform messages, telephone, or any other medium for which you have provided contact information to the Merchant. Such communications may include feedback, technical and customer support, marketing communications, and information and updates about your experience and information sharing with your social networks.

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

10

|  |  |
|--|--|
|  |  |

11