Exhibit 7

**Infringement Claim Chart for U.S. Pat. No. US10491748B1 v. Corner Bakery Cafe ("Defendant")**

| Claim11 | Evidence |
|---|---|
| 11. A method for assigning communications, comprising: | The Corner Bakery Cafe customer service platform performs a method for assigning communications.<br><br>For example, the Corner Bakery Cafe customer service platform assigns incoming calls (including SMS and live chats) to call center agents.<br><br>You have the right to submit a verifiable request to us using the following methods:<br>• On-Line Privacy Portal. You may submit a request to know, opt-out, or delete by visiting our on-line Privacy Portal at https://privacy.cornerbakerycafe.com.<br>• Toll-Free Telephone Call. You may submit requests by calling our toll-free Guest Relations Hotline at 1-800-309-4642. A member of our team will process your request and guide you through the verification process.<br>• In-cafe Form. You may complete and submit a Request Form at any of our Corner Bakery Cafe locations in California.<br><br>Source: https://www.cornerbakerycafe.com/privacy-policy-ca#contact-us-for-more-information<br><br>**11. CONTACT US FOR MORE INFORMATION**<br>California consumers who have questions or concerns about our privacy policies and practices may contact a trained customer service representative through one of the following methods:<br>• Toll-free call: 1-800-309-4642<br>• "Contact Us" Page On Our Website: https://cornerbakerycafe.com/feedback<br><br>When contacting our customer service, please include in the communication or have available the information listed under the "Verification Process" section above. If using an authorized agent, please include in the communication or have available proof of authorization.<br><br>Source: https://www.cornerbakerycafe.com/privacy-policy-ca#contact-us-for-more-information |

1

## CONTACT US

Need help with something? We're just around the corner. Send your questions our way.

**First Name**
First Name

**Phone Number**
(999) 999-9999

**Zip Code**
Zip

**Last Name**
Last Name

**Address**
Address

**City**
City

**Email Address**
Email

**State**
Select State

**Message**
Type Your Message Here.

☐ If you would like a response from our Guest Relations team, please make sure this box is checked

☐ Is this inquiry regarding missing loyalty points/rewards?

☐ Is this feedback regarding a recent visit to a location?

Source: https://cornerbakerycafe.com/feedback

## CONTACT CORNER BAKERY CAFE WITH YOUR ACCESSIBILITY QUESTIONS

Please be aware that our efforts are ongoing. If you have specific questions or concerns about the accessibility of www.cornerbakerycafe.com, please contact us at guest.relations@cornerbakerycafe.com.

Source: https://www.cornerbakerycafe.com/website-accessibility

2



Source: https://www.cornerbakerycafe.com/media-press

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

3

| | |
|---|---|
| receiving a plurality of respective communications for association with a respective resource selected from a plurality of resources; | The Corner Bakery Cafe customer service platform receives multiple respective communications that are to be associated with a respective resource selected from multiple resources.<br><br>For example, the Corner Bakery Cafe customer service platform receives multiple incoming calls (e.g. including phone calls, SMS and live chats) from customers requesting support or information. Each incoming call is to be assigned, by the customer service platform, to a call center agent who can help the customer with the customer's request.<br><br>You have the right to submit a verifiable request to us using the following methods:<br><br>• On-Line Privacy Portal. You may submit a request to know, opt-out, or delete by visiting our on-line Privacy Portal at https://privacy.cornerbakerycafe.com.<br>• Toll-Free Telephone Call. You may submit requests by calling our toll-free Guest Relations Hotline at 1-800-309-4642. A member of our team will process your request and guide you through the verification process.<br>• In-cafe Form. You may complete and submit a Request Form at any of our Corner Bakery Cafe locations in California.<br><br>Source: https://www.cornerbakerycafe.com/privacy-policy-ca#contact-us-for-more-information<br><br>11. CONTACT US FOR MORE INFORMATION<br><br>California consumers who have questions or concerns about our privacy policies and practices may contact a trained customer service representative through one of the following methods:<br><br>• Toll-free call: 1-800-309-4642<br>• "Contact Us" Page On Our Website: https://cornerbakerycafe.com/feedback<br><br>When contacting our customer service, please include in the communication or have available the information listed under the "Verification Process" section above. If using an authorized agent, please include in the communication or have available proof of authorization.<br><br>Source: https://www.cornerbakerycafe.com/privacy-policy-ca#contact-us-for-more-information |

## CONTACT US

Need help with something? We're just around the corner. Send your questions our way.

**First Name**

First Name

**Phone Number**

(999) 999.9999

**Zip Code**

Zip

Last Name

Last Name

Address

Address

City

City

**Email Address**

Email

State

Select State

**Message**

Type Your Message Here...

☐ If you would like a response from our Guest Relations team, please make sure this box is checked

☐ Is this inquiry regarding missing loyalty points/rewards?

☐ Is this feedback regarding a recent visit to a location?

Source: https://cornerbakerycafe.com/feedback

## CONTACT CORNER BAKERY CAFE WITH YOUR ACCESSIBILITY QUESTIONS

Please be aware that our efforts are ongoing. If you have specific questions or concerns about the accessibility of www.cornerbakerycafe.com, please contact us at guest.relations@cornerbakerycafe.com.

Source: https://www.cornerbakerycafe.com/website-accessibility

5



Source: https://www.cornerbakerycafe.com/media-press

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

Olo Inc. ("**Olo**", "**we**", "**us**", or "**our**") provides technologies, products, and services (collectively, "Services") used by the merchant whose branding is displayed on the website, application, or storefront with which you are interacting (the "**Merchant**").

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

- Facilitate communications between you and the Merchant, including via email, text, SMS, social media platform messages, telephone, or any other medium for which you have provided contact information to the Merchant. Such communications may include feedback, technical and customer support, marketing communications, and information and updates about your experience and information sharing with your social networks.
- Conduct analytics and provide reporting.
- Use and disclose data as directed by the Merchant and enable them to run their business.

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

# Marketing

Make every guest communication feel like it came from a friend.

Our all-in-one restaurant marketing engine gives you the power to manage guest data via CRM, automate communications, and build segments with ease. Send personalized messages, improve campaign targeting, and unlock business insights such as guest lifetime value (LTV) at scale.

Source: https://www.olo.com/marketing

| identifying a plurality of | The Corner Bakery Cafe customer service platform identifies multiple resources that are available for association with a respective communication and are capable of handling the respective communication. |

| resources available for association with a respective communication and capable of handling the respective communication, each available resource having a limited quantitative capacity for association with multiple communications and an availability state; | Each available resource has a limited quantitative capacity for association with multiple communications and an availability state.<br><br>For example, the Corner Bakery Cafe customer service platform uses one or more of interactive voice response (e.g. language), caller identification (e.g.  user account profile) and customer relationship management information to determine the nature of a call and thereby, the required skill of a call center agent to handle the call. Based on the required skill set, the customer service platform identifies call center agents (i.e. resources) who possess the skill set and are therefore capable of handling the call. Those identified agents who are immediately, or will soon be, available to handle the call are deemed by the customer service platform to be available to handle the call. Each call center agent is typically handling only one call at any moment but can be assigned to multiple calls that are waiting in a queue, the size of which is dependent on various factors (e.g. call volume during peak season).<br><br><br><br>Source: https://cornerbakery.myguestaccount.com/en-us/guest/accountlogin |

You have the right to submit a verifiable request to us using the following methods:

- **On-Line Privacy Portal.** You may submit a request to know, opt-out, or delete by visiting our on-line Privacy Portal at https://privacy.cornerbakerycafe.com.
- **Toll-Free Telephone Call.** You may submit requests by calling our toll-free Guest Relations Hotline at 1-800-309-4642. A member of our team will process your request and guide you through the verification process.
- **In-cafe Form.** You may complete and submit a Request Form at any of our Corner Bakery Cafe locations in California.

Source: https://www.cornerbakerycafe.com/privacy-policy-ca#contact-us-for-more-information

## 11. CONTACT US FOR MORE INFORMATION

California consumers who have questions or concerns about our privacy policies and practices may contact a trained customer service representative through one of the following methods:

- Toll-free call: 1-800-309-4642
- "Contact Us" Page On Our Website: https://cornerbakerycafe.com/feedback

When contacting our customer service, please include in the communication or have available the information listed under the "Verification Process" section above. If using an authorized agent, please include in the communication or have available proof of authorization.

Source: https://www.cornerbakerycafe.com/privacy-policy-ca#contact-us-for-more-information



Source: https://cornerbakerycafe.com/feedback

Source: https://www.cornerbakerycafe.com/website-accessibility



Source: https://www.cornerbakerycafe.com/media-press



Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

Olo Inc. ("**Olo**", "**we**", "**us**", or "**our**") provides technologies, products, and services (collectively, "Services") used by the merchant whose branding is displayed on the website, application, or storefront with which you are interacting (the "**Merchant**").

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

> ○ Facilitate communications between you and the Merchant, including via email, text, SMS, social media platform messages, telephone, or any other medium for which you have provided contact information to the Merchant. Such communications may include feedback, technical and customer support, marketing communications, and information and updates about your experience and information sharing with your social networks.
> ○ Conduct analytics and provide reporting.
> ○ Use and disclose data as directed by the Merchant and enable them to run their business.

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

# Marketing

Make every guest communication feel like it came from a friend.

Our all-in-one restaurant marketing engine gives you the power to manage guest data via CRM, automate communications, and build segments with ease. Send personalized messages, improve campaign targeting, and unlock business insights such as guest lifetime value (LTV) at scale.

Source: https://www.olo.com/marketing

| | |
|---|---|
| calculating a respective score associated with each available resource dependent on the availability state of a respective available resource; | The Corner Bakery Cafe customer service platform calculates a respective score associated with each available resource dependent on the availability state of a respective available resource.<br><br>For example, for each available agent, the Corner Bakery Cafe customer service platform determines an estimated wait time that the caller will remain in a queue or on-hold before the agent can take the call (e.g. to prioritize urgent communications).<br><br>You have the right to submit a verifiable request to us using the following methods:<br><br>• On-Line Privacy Portal. You may submit a request to know, opt-out, or delete by visiting our on-line Privacy Portal at https://privacy.cornerbakerycafe.com.<br>• Toll-Free Telephone Call. You may submit requests by calling our toll-free Guest Relations Hotline at 1-800-309-4642. A member of our team will process your request and guide you through the verification process.<br>• In-cafe Form. You may complete and submit a Request Form at any of our Corner Bakery Cafe locations in California.<br><br>Source: https://www.cornerbakerycafe.com/privacy-policy-ca#contact-us-for-more-information<br><br>11. CONTACT US FOR MORE INFORMATION<br><br>California consumers who have questions or concerns about our privacy policies and practices may contact a trained customer service representative through one of the following methods:<br><br>• Toll-free call: 1-800-309-4642<br>• "Contact Us" Page On Our Website: https://cornerbakerycafe.com/feedback<br><br>When contacting our customer service, please include in the communication or have available the information listed under the "Verification Process" section above. If using an authorized agent, please include in the communication or have available proof of authorization.<br><br>Source: https://www.cornerbakerycafe.com/privacy-policy-ca#contact-us-for-more-information |



Source: https://cornerbakerycafe.com/feedback

Source: https://www.cornerbakerycafe.com/website-accessibility



Source: https://www.cornerbakerycafe.com/media-press

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

Olo Inc. ("**Olo**", "**we**", "**us**", or "**our**") provides technologies, products, and services (collectively, "Services") used by the merchant whose branding is displayed on the website, application, or storefront with which you are interacting (the "**Merchant**").

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

- Facilitate communications between you and the Merchant, including via email, text, SMS, social media platform messages, telephone, or any other medium for which you have provided contact information to the Merchant. Such communications may include feedback, technical and customer support, marketing communications, and information and updates about your experience and information sharing with your social networks.
- Conduct analytics and provide reporting.
- Use and disclose data as directed by the Merchant and enable them to run their business.

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

17

Source: https://www.olo.com/marketing



Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

| | |
|---|---|
| estimating an expected economic value to be obtained by | The Corner Bakery Cafe customer service platform estimates an expected economic value to be obtained by associating each respective communication with each respective available resource. The estimated economic value is dependent on at least the score and a respective communication-content dependent value function of an outcome of a respective communication associated with a respective available |

| | |
|---|---|
| associating each respective communication with each respective available resource, dependent on at least the score and a respective communication-content dependent value function of an outcome of a respective communication associated with a respective available resource; and | resource.<br><br>For example, for a given call, the Corner Bakery Cafe customer service platform determines, from the group of available agents, an appropriate agent for handling the call. This determination is dependent on the estimated wait time before the call is routed to the particular agent and how well the requirements of the call match the skill profile of the particular agent.<br><br><br><br>Source: https://www.cornerbakerycafe.com/privacy-policy-ca#contact-us-for-more-information<br><br><br><br>Source: https://www.cornerbakerycafe.com/privacy-policy-ca#contact-us-for-more-information |

19



Source: https://cornerbakerycafe.com/feedback

Source: https://www.cornerbakerycafe.com/website-accessibility



Source: https://www.cornerbakerycafe.com/media-press

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

- Facilitate communications between you and the Merchant, including via email, text, SMS, social media platform messages, telephone, or any other medium for which you have provided contact information to the Merchant. Such communications may include feedback, technical and customer support, marketing communications, and information and updates about your experience and information sharing with your social networks.
- Conduct analytics and provide reporting.
- Use and disclose data as directed by the Merchant and enable them to run their business.

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

# Marketing

Make every guest communication feel like it came from a friend.

Our all-in-one restaurant marketing engine gives you the power to manage guest data via CRM, automate communications, and build segments with ease. Send personalized messages, improve campaign targeting, and unlock business insights such as guest lifetime value (LTV) at scale.

Source: https://www.olo.com/marketing

- Communicate with you about our Services, including by sending you announcements, updates, security alerts, and support and administrative messages.
- Understand your needs and interests, and personalize your experience with our Services and Merchant communications.
- Provide support for our Services, and respond to your requests, questions and feedback.

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

Every guest interaction provides the opportunity to personalize marketing communications. Leverage our library of recommended automations to send hyper-relevant emails, SMS campaigns, push notifications, and post-visit surveys to your guest segments.

Source: https://www.olo.com/marketing

| assigning each of the plurality of respective communications to one of the plurality of resources based on at least the estimated expected economic value to be obtained by associating each respective communication with each respective resource. | The Corner Bakery Cafe customer service platform assigns each of the multiple respective communications to one of the multiple resources based on at least the estimated expected economic value to be obtained by associating each respective communication with each respective resource.<br><br>For example, based on the estimated expected economic value by Customer feedback survey and ratings and the skilled agent by analysis of skills, the Corner Bakery Cafe Customer Service system selects a call center agent to handle the call and connects that agent with the caller.<br><br><br><br>Source: https://cornerbakerycafe.com/feedback |

Olo Inc. ("**Olo**", "**we**", "**us**", or "**our**") provides technologies, products, and services (collectively, "Services") used by the merchant whose branding is displayed on the website, application, or storefront with which you are interacting (the "**Merchant**").

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

- Facilitate communications between you and the Merchant, including via email, text, SMS, social media platform messages, telephone, or any other medium for which you have provided contact information to the Merchant. Such communications may include feedback, technical and customer support, marketing communications, and information and updates about your experience and information sharing with your social networks.
- Conduct analytics and provide reporting.
- Use and disclose data as directed by the Merchant and enable them to run their business.

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

## Marketing

Make every guest communication feel like it came from a friend.

Our all-in-one restaurant marketing engine gives you the power to manage guest data via CRM, automate communications, and build segments with ease. Send personalized messages, improve campaign targeting, and unlock business insights such as guest lifetime value (LTV) at scale.

Source: https://www.olo.com/marketing

## Sentiment

Keep tabs on guest satisfaction and respond directly to reviews from one convenient dashboard.

Our reputation management tool aggregates real-time feedback from multiple sources and annotates the sentiment so you can quickly gauge what guests think about the dining experience—and how to improve.

Source: https://www.olo.com/sentiment

- Communicate with you about our Services, including by sending you announcements, updates, security alerts, and support and administrative messages.
- Understand your needs and interests, and personalize your experience with our Services and Merchant communications.
- Provide support for our Services, and respond to your requests, questions and feedback.

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

Every guest interaction provides the opportunity to personalize marketing communications. Leverage our library of recommended automations to send hyper-relevant emails, SMS campaigns, push notifications, and post-visit surveys to your guest segments.

Source: https://www.olo.com/marketing