# Exhibit 8

**Infringement Claim Chart for U.S. Pat. No. US7023979B1 v. Corner Bakery Cafe ("Defendant")**

| Claim10 | Evidence |
|---|---|
| 10. A communications method comprising: | The Corner Bakery Cafe Customer Service performs a method for communicating in a communication network.<br><br>For Example, Corner Bakery Cafe Customer Service performs a method of communicating by establishing, over a communication network, a call between callers with a request to the appropriate department for assistance.<br><br><br><br>Source: https://www.cornerbakerycafe.com/feedback |

You have the right to submit a verifiable request to us using the following methods:

- **On-Line Privacy Portal.** You may submit a request to know, opt-out, or delete by visiting our on-line Privacy Portal at https://privacy.cornerbakerycafe.com.
- **Toll-Free Telephone Call.** You may submit requests by calling our toll-free Guest Relations Hotline at 1-800-309-4642. A member of our team will process your request and guide you through the verification process.
- **In-cafe Form.** You may complete and submit a Request Form at any of our Corner Bakery Cafe locations in California.

Source: https://www.cornerbakerycafe.com/privacy-policy-ca#contact-us-for-more-information

## 11. CONTACT US FOR MORE INFORMATION

California consumers who have questions or concerns about our privacy policies and practices may contact a trained customer service representative through one of the following methods:

- **Toll-free call:** 1-800-309-4642
- **"Contact Us" Page On Our Website:** https://cornerbakerycafe.com/feedback

When contacting our customer service, please include in the communication or have available the information listed under the "Verification Process" section above. If using an authorized agent, please include in the communication or have available proof of authorization.

Source: https://www.cornerbakerycafe.com/privacy-policy-ca#contact-us-for-more-information

## CONTACT CORNER BAKERY CAFE WITH YOUR ACCESSIBILITY QUESTIONS

Please be aware that our efforts are ongoing. If you have specific questions or concerns about the accessibility of www.cornerbakerycafe.com, please contact us at guest.relations@cornerbakerycafe.com.

Source: https://www.cornerbakerycafe.com/website-accessibility

2



Source: https://www.cornerbakerycafe.com/media-press

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

| | |
|---|---|
| (a) receiving a plurality of communications, each having associated classification information; | The Corner Bakery Cafe Customer Service receives a plurality of communications, each having associated classification information.<br><br>For example, Corner Bakery Cafe Customer Service receives calls from multiple callers. For each call, a user provides information about the nature of the call by selecting the appropriate department from the given choices via keypad entry. The responses are used to classify the call.<br><br>**11. CONTACT US FOR MORE INFORMATION**<br><br>California consumers who have questions or concerns about our privacy policies and practices may contact a trained customer service representative through one of the following methods:<br><br>• Toll-free call: 1-800-309-4642<br>• "Contact Us" Page On Our Website: https://cornerbakerycafe.com/feedback<br><br>When contacting our customer service, please include in the communication or have available the information listed under the "Verification Process" section above. If using an authorized agent, please include in the communication or have available proof of authorization.<br><br>Source: https://www.cornerbakerycafe.com/privacy-policy-ca#contact-us-for-more-information<br><br>You have the right to submit a verifiable request to us using the following methods:<br><br>• On-Line Privacy Portal. You may submit a request to know, opt-out, or delete by visiting our on-line Privacy Portal at https://privacy.cornerbakerycafe.com.<br>• Toll-Free Telephone Call. You may submit requests by calling our toll-free Guest Relations Hotline at 1-800-309-4642. A member of our team will process your request and guide you through the verification process.<br>• In-cafe Form. You may complete and submit a Request Form at any of our Corner Bakery Cafe locations in California.<br><br>Source: https://www.cornerbakerycafe.com/privacy-policy-ca#contact-us-for-more-information |



Source: https://www.cornerbakerycafe.com/feedback

## CONTACT CORNER BAKERY CAFE WITH YOUR ACCESSIBILITY QUESTIONS

Please be aware that our efforts are ongoing. If you have specific questions or concerns about the accessibility of www.cornerbakerycafe.com, please contact us at guest.relations@cornerbakerycafe.com.

Source: https://www.cornerbakerycafe.com/website-accessibility

| | |
|---|---|
| (b) storing information representing characteristics of a plurality of potential targets; | The Corner Bakery Cafe Customer Service maintains information about potential targets that includes support agents, departments, or specific resources capable of handling different types of inquiries.<br><br>For example, Corner Bakery Cafe Service records (i.e., stores) information about the skill set possessed by agents who are potential targets of the call.<br><br>**11. CONTACT US FOR MORE INFORMATION**<br><br>California consumers who have questions or concerns about our privacy policies and practices may contact a trained customer service representative through one of the following methods:<br><br>• Toll-free call: 1-800-309-4642<br>• "Contact Us" Page On Our Website: https://cornerbakerycafe.com/feedback<br><br>When contacting our customer service, please include in the communication or have available the information listed under the "Verification Process" section above. If using an authorized agent, please include in the communication or have available proof of authorization.<br><br>Source: https://www.cornerbakerycafe.com/privacy-policy-ca#contact-us-for-more-information<br><br>**CONTACT CORNER BAKERY CAFE WITH YOUR ACCESSIBILITY QUESTIONS**<br><br>Please be aware that our efforts are ongoing. If you have specific questions or concerns about the accessibility of www.cornerbakerycafe.com, please contact us at guest.relations@cornerbakerycafe.com.<br><br>Source: https://www.cornerbakerycafe.com/website-accessibility |

6

# CONTACT US

Need help with something? We're just around the corner. Send your questions our way.

First Name

First Name

Phone Number

(999) 999-9999

Zip Code

Zip

Last Name

Last Name

Address

Address

City

City

Email Address

Email

State

Select State

Message

Type Your Message Here...

☐ If you would like a response from our Guest Relations team, please make sure this box is checked

☐ Is this inquiry regarding missing loyalty points/rewards?

☐ Is this feedback regarding a recent visit to a location?

SUBMIT

Source: https://www.cornerbakerycafe.com/feedback

7



Source:. https://www.cornerbakerycafe.com/media-press

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true



Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

Source: https://www.olo.com/marketing

9

| | |
|---|---|
| (c) determining an optimum target for each communication based on the communication classification and target characteristics using a multivariate cost function comparing at least three potential targets; and | The Corner Bakery Cafe Customer Service determines an optimum target for each communication based on the communication classification and target characteristics using a multivariate cost function comparing at least three potential targets.<br><br>For example, Corner Bakery Cafe Customer Service analyses the caller selection to determine one or more skills that an agent who is selected to receive the call should have in order to provide the caller with the requested assistance. The system determines the potential agent based on the communication classification and performs automated skill-based routing of calls using Olo all-in-one restaurant marketing engine (i.e., Multivariate cost function). Corner Bakery Cafe employs numerous agents, at least three of which possess the skill set required by the call.<br><br><br><br>Source: https://www.cornerbakerycafe.com/feedback |



Source: https://order.aubonpain.com/contact-us

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

## Marketing

Make every guest communication feel like it came from a friend.

Our all-in-one restaurant marketing engine gives you the power to manage guest data via CRM, automate communications, and build segments with ease. Send personalized messages, improve campaign targeting, and unlock business insights such as guest lifetime value (LTV) at scale.

Source: https://www.olo.com/marketing

You have the right to submit a verifiable request to us using the following methods:

- **On-Line Privacy Portal.** You may submit a request to know, opt-out, or delete by visiting our on-line Privacy Portal at https://privacy.cornerbakerycafe.com.
- **Toll-Free Telephone Call.** You may submit requests by calling our toll-free Guest Relations Hotline at 1-800-309-4642. A member of our team will process your request and guide you through the verification process.
- **In-cafe Form.** You may complete and submit a Request Form at any of our Corner Bakery Cafe locations in California.

Source: https://www.cornerbakerycafe.com/privacy-policy-ca#contact-us-for-more-information

| (d) routing the communication to the optimum target, | The Corner Bakery Cafe Customer Service routes the communication to the optimum target.

For example, upon determining, as the optimum target, the agent to which the call should be routed, Corner Bakery Cafe Customer Service routes the call to that destination agent.



Source: https://www.cornerbakerycafe.com/feedback |
| --- | --- |



**CONTACT CORNER BAKERY CAFE WITH YOUR ACCESSIBILITY QUESTIONS**

Please be aware that our efforts are ongoing. If you have specific questions or concerns about the accessibility of www.cornerbakerycafe.com, please contact us at guest.relations@cornerbakerycafe.com.

Source: https://order.aubonpain.com/contact-us

Contact Us    User Agreement    Privacy Policy    Online-Tracking Opt Out Guide    Locations    Open Source Licenses          Online Ordering by Olo.com

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

- Facilitate communications between you and the Merchant, including via email, text, SMS, social media platform messages, telephone, or any other medium for which you have provided contact information to the Merchant. Such communications may include feedback, technical and customer support, marketing communications, and information and updates about your experience and information sharing with your social networks.
- Conduct analytics and provide reporting.
- Use and disclose data as directed by the Merchant and enable them to run their business.

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

## Marketing

Make every guest communication feel like it came from a friend.

Our all-in-one restaurant marketing engine gives you the power to manage guest data via CRM, automate communications, and build segments with ease. Send personalized messages, improve campaign targeting, and unlock business insights such as guest lifetime value (LTV) at scale.

Source: https://www.olo.com/marketing

You have the right to submit a verifiable request to us using the following methods:

- **On-Line Privacy Portal**. You may submit a request to know, opt-out, or delete by visiting our on-line Privacy Portal at https://privacy.cornerbakerycafe.com.
- **Toll-Free Telephone Call**. You may submit requests by calling our toll-free Guest Relations Hotline at 1-800-309-4642. A member of our team will process your request and guide you through the verification process.
- **In-cafe Form**. You may complete and submit a Request Form at any of our Corner Bakery Cafe locations in California.

Source: https://www.cornerbakerycafe.com/privacy-policy-ca#contact-us-for-more-information



Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

| said determining step and said routing step being performed within a common operating environment. | The Corner Bakery Cafe Customer Service performs the determination and the routing steps within a common operating environment.<br><br>For example, when a caller provides information about the nature of the call by selecting the appropriate department from the given choices, then Olo all-in-one restaurant marketing engine automates the skill-based call routing using a single interface (i.e., in a common operating system). |
|---|---|



Source: https://www.cornerbakerycafe.com/feedback



Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

# Marketing

Make every guest communication feel like it came from a friend.

Our all-in-one restaurant marketing engine gives you the power to manage guest data via CRM, automate communications, and build segments with ease. Send personalized messages, improve campaign targeting, and unlock business insights such as guest lifetime value (LTV) at scale.

Source: https://www.olo.com/marketing

You have the right to submit a verifiable request to us using the following methods:

- On-Line Privacy Portal. You may submit a request to know, opt-out, or delete by visiting our on-line Privacy Portal at https://privacy.cornerbakerycafe.com.
- Toll-Free Telephone Call. You may submit requests by calling our toll-free Guest Relations Hotline at 1-800-309-4642. A member of our team will process your request and guide you through the verification process.
- In-cafe Form. You may complete and submit a Request Form at any of our Corner Bakery Cafe locations in California.

Source: https://www.cornerbakerycafe.com/privacy-policy-ca#contact-us-for-more-information

19