Exhibit 10

**Infringement Claim Chart for U.S. Pat. No. US9456086B1 v. Corner Bakery Cafe ("Defendant")**

| Claim11 | Evidence |
|---|---|
| 11. A method for matching a first entity with a second entity, comprising: | The Corner Bakery Cafe Customer service system with intelligent routing performs a method of matching a first entity with a second entity.<br><br>For example, the Corner Bakery Cafe Customer system matches an incoming call, which is the first entity, to a call center agent, which is the second entity.<br><br>You have the right to submit a verifiable request to us using the following methods:<br><br>• On-Line Privacy Portal. You may submit a request to know, opt-out, or delete by visiting our on-line Privacy Portal at https://privacy.cornerbakerycafe.com.<br>• Toll-Free Telephone Call. You may submit requests by calling our toll-free Guest Relations Hotline at 1-800-309-4642. A member of our team will process your request and guide you through the verification process.<br>• In-cafe Form. You may complete and submit a Request Form at any of our Corner Bakery Cafe locations in California.<br><br>Source: https://www.cornerbakerycafe.com/privacy-policy-ca#contact-us-for-more-information<br><br>**11. CONTACT US FOR MORE INFORMATION**<br>California consumers who have questions or concerns about our privacy policies and practices may contact a trained customer service representative through one of the following methods:<br><br>• Toll-free call: 1-800-309-4642<br>• "Contact Us" Page On Our Website: https://cornerbakerycafe.com/feedback<br><br>When contacting our customer service, please include in the communication or have available the information listed under the "Verification Process" section above. If using an authorized agent, please include in the communication or have available proof of authorization.<br><br>Source: https://www.cornerbakerycafe.com/privacy-policy-ca#contact-us-for-more-information |

1

Source: https://cornerbakerycafe.com/feedback



Source: https://www.cornerbakerycafe.com/website-accessibility



Source: https://www.cornerbakerycafe.com/media-press

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

3

| | |
|---|---|
| storing a plurality of multivalued scalar data representing inferential targeting parameters for the first entity; | The Corner Bakery Cafe Customer service system with intelligent routing stores a plurality of multivalued scalar data representing inferential targeting parameters for the first entity.<br><br>For example, the Corner Bakery Cafe Customer service system uses one or more of: interactive voice response (IVR), keypad menus, caller identification and customer relationship management (CRM) information to determine the nature of a call and thereby, the required characteristics of a call center agent to handle the call.  These required agent characteristics include one or more of: skills and respective skill levels, the agent's location, prior call history with calls of the same nature. These required characteristics are represented by Olo all-in-one restaurant marketing engine Now that comprises a plurality of multivalued scalar data, which are stored and used, by the Corner Bakery Cafe Customer service system, as inferential, or intelligent, targeting parameters for routing the call to an appropriate knowledgeable call center agent.<br><br>You have the right to submit a verifiable request to us using the following methods:<br><br>• <u>On-Line Privacy Portal</u>. You may submit a request to know, opt-out, or delete by visiting our on-line Privacy Portal at https://privacy.cornerbakerycafe.com.<br>• <u>Toll-Free Telephone Call</u>. You may submit requests by calling our toll-free Guest Relations Hotline at 1-800-309-4642. A member of our team will process your request and guide you through the verification process.<br>• <u>In-cafe Form</u>. You may complete and submit a Request Form at any of our Corner Bakery Cafe locations in California.<br><br>Source: https://www.cornerbakerycafe.com/privacy-policy-ca#contact-us-for-more-information |



Source: https://www.cornerbakerycafe.com/privacy-policy-ca#contact-us-for-more-information

Source: https://cornerbakerycafe.com/feedback

**CONTACT CORNER BAKERY CAFE WITH YOUR ACCESSIBILITY QUESTIONS**

Please be aware that our efforts are ongoing. If you have specific questions or concerns about the accessibility of www.cornerbakerycafe.com, please contact us at guest.relations@cornerbakerycafe.com.

Source: https://www.cornerbakerycafe.com/website-accessibility



Source: https://www.cornerbakerycafe.com/media-press



Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

Olo Inc. ("**Olo**", "**we**", "**us**", or "**our**") provides technologies, products, and services (collectively, "Services") used by the merchant whose branding is displayed on the website, application, or storefront with which you are interacting (the "**Merchant**").

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

- Facilitate communications between you and the Merchant, including via email, text, SMS, social media platform messages, telephone, or any other medium for which you have provided contact information to the Merchant. Such communications may include feedback, technical and customer support, marketing communications, and information and updates about your experience and information sharing with your social networks.
- Conduct analytics and provide reporting.
- Use and disclose data as directed by the Merchant and enable them to run their business.

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

# Marketing

Make every guest communication feel like it came from a friend.

Our all-in-one restaurant marketing engine gives you the power to manage guest data via CRM, automate communications, and build segments with ease. Send personalized messages, improve campaign targeting, and unlock business insights such as guest lifetime value (LTV) at scale.

Source: https://www.olo.com/marketing

| storing a plurality of multivalued scalar data of each of the plurality of second entities, representing inferential targeting parameters for a plurality of second entities; | The Corner Bakery Cafe Customer service system with intelligent routing stores a plurality of multivalued scalar data of each of the plurality of second entities, representing inferential targeting parameters for a plurality of second entities.<br><br>For example, the Corner Bakery Cafe Customer service system stores respective characteristics of multiple call center agents. These agent characteristics include one or more of: skills and respective skill levels, the agent's location, and the agent's prior history with handling calls of a specific nature. The knowledgeable agent characteristics are represented by Olo all-in-one restaurant marketing engine Now that comprises a plurality of multivalued scalar data and are used, by the Corner Bakery Cafe Customer service system, as inferential targeting parameters for routing the call to an appropriate knowledgeable call center agent.<br><br>You have the right to submit a verifiable request to us using the following methods:<br><br>• **On-Line Privacy Portal.** You may submit a request to know, opt-out, or delete by visiting our on-line Privacy Portal at https://privacy.cornerbakerycafe.com.<br>• **Toll-Free Telephone Call.** You may submit requests by calling our toll-free Guest Relations Hotline at 1-800-309-4642. A member of our team will process your request and guide you through the verification process.<br>• **In-cafe Form.** You may complete and submit a Request Form at any of our Corner Bakery Cafe locations in California.<br><br>Source: https://www.cornerbakerycafe.com/privacy-policy-ca#contact-us-for-more-information<br><br>**11. CONTACT US FOR MORE INFORMATION**<br>California consumers who have questions or concerns about our privacy policies and practices may contact a trained customer service representative through one of the following methods:<br><br>• **Toll-free call:** 1-800-309-4642<br>• **"Contact Us" Page On Our Website:** https://cornerbakerycafe.com/feedback<br><br>When contacting our customer service, please include in the communication or have available the information listed under the "Verification Process" section above. If using an authorized agent, please include in the communication or have available proof of authorization.<br><br>Source: https://www.cornerbakerycafe.com/privacy-policy-ca#contact-us-for-more-information |

9



Source: https://cornerbakerycafe.com/feedback

Source: https://www.cornerbakerycafe.com/website-accessibility



Source: https://www.cornerbakerycafe.com/media-press

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

Olo Inc. ("**Olo**", "**we**", "**us**", or "**our**") provides technologies, products, and services (collectively, "Services") used by the merchant whose branding is displayed on the website, application, or storefront with which you are interacting (the "**Merchant**").

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

- Facilitate communications between you and the Merchant, including via email, text, SMS, social media platform messages, telephone, or any other medium for which you have provided contact information to the Merchant. Such communications may include feedback, technical and customer support, marketing communications, and information and updates about your experience and information sharing with your social networks.
- Conduct analytics and provide reporting.
- Use and disclose data as directed by the Merchant and enable them to run their business.

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

# Marketing

Make every guest communication feel like it came from a friend.

Our all-in-one restaurant marketing engine gives you the power to manage guest data via CRM, automate communications, and build segments with ease. Send personalized messages, improve campaign targeting, and unlock business insights such as guest lifetime value (LTV) at scale.

Source: https://www.olo.com/marketing

- Communicate with you about our Services, including by sending you announcements, updates, security alerts, and support and administrative messages.
- Understand your needs and interests, and personalize your experience with our Services and Merchant communications.
- Provide support for our Services, and respond to your requests, questions and feedback.

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

| performing using an automated processor, based on | The Corner Bakery Cafe Customer service system with intelligent routing performs, using an automated processor and based on at least the stored plurality of multivalued scalar data, an economic optimization. The optimization seeks to maximize a normalized economic surplus of a respective mutually exclusive |
|---|---|

| | |
|---|---|
| at least the stored plurality of multivalue scalar data, an economic optimization seeking to maximize a normalized economic surplus of a respective mutually exclusive match of the first entity with the second entity, in conjunction with an opportunity cost of the unavailability of the second entity as a result of the match; and | match of the first entity with the second entity, while at the same time considering an opportunity cost of the unavailability of the second entity as a result of the match.<br><br>For example, based on the required agent characteristics for handing the call and the respective characteristics of multiple call center agents, the Corner Bakery Cafe Customer service system selects an appropriate agent for handling the call. This selection is made by making, for each of the multiple agents, a cost-benefit analysis of a prospective matching of the call with the particular agent. The cost-benefit for the prospective match is based, at least in part, on the required agent characteristics and the characteristics of the particular agent. This prospective match is mutually exclusive in the sense that the call is only assigned to the particular agent and the agent to this particular call for the duration of the call. Therefore, the cost-benefit analysis also accounts for the fact that the agent cannot handle other calls while handling this call. The knowledgeable agent associated with the prospective match that has the maximum benefit while considering the costs, which is the so-called normalized economic surplus, is selected by the Corner Bakery Cafe Customer service system to handle the call.<br><br>You have the right to submit a verifiable request to us using the following methods:<br><br>• _On-Line Privacy Portal._ You may submit a request to know, opt-out, or delete by visiting our on-line Privacy Portal at https://privacy.cornerbakerycafe.com.<br>• _Toll-Free Telephone Call._ You may submit requests by calling our toll-free Guest Relations Hotline at 1-800-309-4642. A member of our team will process your request and guide you through the verification process.<br>• _In-cafe Form._ You may complete and submit a Request Form at any of our Corner Bakery Cafe locations in California.<br><br>Source: https://www.cornerbakerycafe.com/privacy-policy-ca#contact-us-for-more-information |

Source: https://www.cornerbakerycafe.com/privacy-policy-ca#contact-us-for-more-information



Source: https://cornerbakerycafe.com/feedback

## CONTACT CORNER BAKERY CAFE WITH YOUR ACCESSIBILITY QUESTIONS

Please be aware that our efforts are ongoing. If you have specific questions or concerns about the accessibility of www.cornerbakerycafe.com, please contact us at guest.relations@cornerbakerycafe.com.

Source: https://www.cornerbakerycafe.com/website-accessibility



For media and press inquiries, please email us at
Press@CornerBakeryCafe.com
or call us at
972-619-4155

Source: https://www.cornerbakerycafe.com/media-press

16



Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

Olo Inc. ("**Olo**", "**we**", "**us**", or "**our**") provides technologies, products, and services (collectively, "Services") used by the merchant whose branding is displayed on the website, application, or storefront with which you are interacting (the "**Merchant**").

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

- Facilitate communications between you and the Merchant, including via email, text, SMS, social media platform messages, telephone, or any other medium for which you have provided contact information to the Merchant. Such communications may include feedback, technical and customer support, marketing communications, and information and updates about your experience and information sharing with your social networks.
- Conduct analytics and provide reporting.
- Use and disclose data as directed by the Merchant and enable them to run their business.

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

## Marketing

Make every guest communication feel like it came from a friend.

Our all-in-one restaurant marketing engine gives you the power to manage guest data via CRM, automate communications, and build segments with ease. Send personalized messages, improve campaign targeting, and unlock business insights such as guest lifetime value (LTV) at scale.

Source: https://www.olo.com/marketing

- Communicate with you about our Services, including by sending you announcements, updates, security alerts, and support and administrative messages.
- Understand your needs and interests, and personalize your experience with our Services and Merchant communications.
- Provide support for our Services, and respond to your requests, questions and feedback.

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

Every guest interaction provides the opportunity to personalize marketing communications. Leverage our library of recommended automations to send hyper-relevant emails, SMS campaigns, push notifications, and post-visit surveys to your guest segments.

Source: https://www.olo.com/marketing

19

| outputting a signal in dependence on the optimization. | The Corner Bakery Cafe Customer service system with intelligent routing outputs a signal in dependence on the optimization.<br><br>For example, the Corner Bakery Cafe Customer service system generates and outputs a signal for connecting the call with the matched agent, whereby the exact nature of the signal depends on the matched knowledgeable agent so as to connect that knowledgeable agent to the call.<br><br>You have the right to submit a verifiable request to us using the following methods:<br><br>- On-Line Privacy Portal. You may submit a request to know, opt-out, or delete by visiting our on-line Privacy Portal at https://privacy.cornerbakerycafe.com.<br>- Toll-Free Telephone Call. You may submit requests by calling our toll-free Guest Relations Hotline at 1-800-309-4642. A member of our team will process your request and guide you through the verification process.<br>- In-cafe Form. You may complete and submit a Request Form at any of our Corner Bakery Cafe locations in California.<br><br>Source: https://www.cornerbakerycafe.com/privacy-policy-ca#contact-us-for-more-information<br><br>**11. CONTACT US FOR MORE INFORMATION**<br><br>California consumers who have questions or concerns about our privacy policies and practices may contact a trained customer service representative through one of the following methods:<br><br>- Toll-free call: 1-800-309-4642<br>- "Contact Us" Page On Our Website: https://cornerbakerycafe.com/feedback<br><br>When contacting our customer service, please include in the communication or have available the information listed under the "Verification Process" section above. If using an authorized agent, please include in the communication or have available proof of authorization.<br><br>Source: https://www.cornerbakerycafe.com/privacy-policy-ca#contact-us-for-more-information |



Source: https://cornerbakerycafe.com/feedback

Source: https://www.cornerbakerycafe.com/website-accessibility



Source: https://www.cornerbakerycafe.com/media-press

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

Olo Inc. ("**Olo**", "**we**", "**us**", or "**our**") provides technologies, products, and services (collectively, "Services") used by the merchant whose branding is displayed on the website, application, or storefront with which you are interacting (the "**Merchant**").

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

○ Facilitate communications between you and the Merchant, including via email, text, SMS, social media platform messages, telephone, or any other medium for which you have provided contact information to the Merchant. Such communications may include feedback, technical and customer support, marketing communications, and information and updates about your experience and information sharing with your social networks.
○ Conduct analytics and provide reporting.
○ Use and disclose data as directed by the Merchant and enable them to run their business.

Source: https://order.cornerbakerycafe.com/menu/corner-bakery-cafe-south-glenn?showInfoModal=true

23

## Marketing

Make every guest communication feel like it came from a friend.

Our all-in-one restaurant marketing engine gives you the power to manage guest data via CRM, automate communications, and build segments with ease. Send personalized messages, improve campaign targeting, and unlock business insights such as guest lifetime value (LTV) at scale.

Source: https://www.olo.com/marketing